## DECLARATION OF MARK MCDEVITT

**ORIGINAL**

THE DISTRICT OF COLUMBIA ) s.s.:
)

CASE NUMBER 1:06MS00464

JUDGE: Unassigned

DECK TYPE: Miscellanous

DATE STAMP: 10/24/2006

I, Mark McDevitt, the undersigned, declare that:

1. I am Vice President, Online Copyright Protection for the Recording Industry Association of America, Inc. (RIAA). The RIAA is a trade association whose member companies create, manufacture or distribute sound recordings. The RIAA is authorized to act on its member companies' behalf on matters involving the infringement of their copyrighted sound recordings.

2. The RIAA is requesting the attached proposed subpoena that would order YouSendIt disclose the identity, including IP address and e-mail address of the user offering infringing sound recordings at the following URL addresses:
   http://www.yousendit.com/transfer.php?action=download&ufid=47FC17FF4A20B305

3. The purpose for which this subpoena is sought is to obtain the identity of the individual uploading sound recordings without authorization from the copyright owner. This information will only be used for the purposes of protecting the rights granted to our members, the sound recording copyright owners, under Title II of the Digital Millennium Copyright Act.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information or belief.

Executed at Washington, District of Columbia, on October 23, 2006.

_____
Mark McDevitt



October 23, 2006

**ORIGIN**

**VIA FASCIMILIE AND FEDERAL EXPRESS**

Ranjith Kumaran
YouSendIt
100 View Street, Suite 201
Mountain View, CA 94041

Dear Mr. Kumaran:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately ninety (90) percent of all legitimate sound recordings sold in the United States.

We have determined that a user/customer of your system or network is infringing our member record companies' copyrighted sound recordings.

Enclosed is a subpoena and notice of copyright infringement compliant with the Digital Millennium Copyright Act. The subpoena requires that you provide the RIAA with information concerning the individual(s) offering infringing material described in the attached notice.

As is stated in the attached subpoena, you are required to disclose to the RIAA information sufficient to identify the infringer. This would include the individual's IP address and e-mail address.

Thank you for your cooperation in this matter. If you have any questions please feel free to contact me via email at antipiracy@riaa.com, via telephone at (202) 775-0101, or via mail at RIAA, 1330 Connecticut Avenue, N.W., Suite 300, Washington D.C., 20036.

Sincerely,

Mark McDevitt
Vice President
Online Copyright Protection
RIAA

Issued by the
# United States District Court

_____DISTRICT OF _____Columbia_____

Recording Industry Association
Of America, Inc.

        vs

YouSendIt
100 View Street, Suite 201
Mountain View, CA 94041

CASE NUMBER 1:06MS00464

JUDGE: Unassigned

DECK TYPE: Miscellanous

DATE STAMP: 10/24/2006

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |  |
|---|---|---|
|  | DATE AND TIME |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

|  |  |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
**Information sufficient to identify the alleged infringer, including Internet Protocol address and e-mail address of the sound recording described in the attached notification:**
**URL addresses:**
**http://www.yousendit.com/transfer.php?action=download&ufid=47FC17FF4A20B305**

| PLACE    Recording Industry Association of America, Inc.<br>        1330 Connecticut Avenue, N.W., Suite 300<br>        Washington, D.C.   20036 | DATE AND TIME<br>7 calendar days from date of service |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify, Federal Rules of Civil Procedure 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (indicate if attorney for Plaintiff or Defendant)<br>*Janette Stewart-Cureton*  DEPUTY CLERK<br>*Janette Stewart (signature)* | DATE<br>**OCT 24 2006** |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Clerk's Office
United States District Court for the District of Columbia
United States Courthouse
Washington, D.C. 20001

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)